# EXHIBIT A

**Justin Meyers**

| | |
|---|---|
| **From:** | Coinbase Support <help@coinbase.com> |
| **Sent:** | Sunday, July 23, 2023 1:02 AM |
| **To:** | eyeguytyson@gmail.com |
| **Subject:** | [Reply] Case #16081473 |

Hi Sydney,

Thanks for your patience as we look into this.

First of all, we hope that this message finds you well. We understand that you previously reported unauthorized activities on your account. Upon further investigation, our records show that on 2023-07-16 7:06 PM PDT, your account was accessed from the IP address 87.249.134.10, a VPN/Hosting IP using a Windows NT 10.0; Win64 device. The attacker was able to authenticate your account credentials as well as the 2FA codes generated from your device. Additionally, the attacker also enabled the authenticator from his device.

This indicates that the unauthorized activity in your account were potentially initiated by a third party who had access to your password, 2-step verification security codes, and your email. We believe you were a victim of a phishing attack and your credentials may have been compromised.

- On 2023-07-18 7:47 PM PDT, 9.91490107 BTC was sent to an external account at bc1qdhrxng6sm03wgll9g4n8rhecz9f3ppqv72qv4g
- On 2023-07-18 10:15 PM PDT, 0.03204187 BTC was sent to an external account at bc1qdhrxng6sm03wgll9g4n8rhecz9f3ppqv72qv4g

Next Steps:

- Please check your internet, email, or SMS history and find the URL you visited during the unauthorized activity.
- Copy and paste that URL into your reply to this email and we'll work towards taking down the site. If the phishing site was displayed as an advertisement on Google, you can also report it directly to "Google (Report Phishing Page)":https://safebrowsing.google.com/safebrowsing/report_phish/.

Unfortunately, due to the technical nature of most digital currency networks, it is impossible for us to reverse these transactions and we are unable to provide any mediation with this matter. Digital currency transactions cannot be reversed or cancelled on the blockchain. It is important to be careful, and make sure that you trust anyone you send digital currency to and allow access to your computer.

If you have not already done so, it is imperative that you report this incident to law enforcement agencies in your jurisdiction immediately including the FBI Internet Crime Complaint Center (IC3) here: https://www.ic3.gov/complaint/default.aspx/. Be sure to include as much detail as possible in your report and please have the law enforcement officer in charge of your report reach out to Coinbase. Coinbase is willing to offer full cooperation with all law enforcement investigations pertaining to your account's compromise.

Please note, our User Agreement specifically states that users are responsible for creating strong passwords and maintaining adequate security and control of any and all access methods and codes used to access Coinbase. Additionally, Coinbase is not responsible for any loss suffered due to compromise of account login credentials due to no fault of Coinbase.

Therefore, while we are sympathetic to your situation, Coinbase is unable to reimburse you for your loss nor are we able

1

to reverse these transactions.

In regards to the recovery of the remaining funds on the original account, please add one of the same payment methods (bank account and/or card number) to your new account that had been used on your original Coinbase account.

Once the payment method has been added to your new account, please reply back to this email to let us know. Once we've verified your information, we can look to transfer the balance to your new account.

Regards,

Coinbase Support

thread::0yVjK6SOB763ow0yRp0fRhI::

# EXHIBIT B



# Coinfirm Report
**Report date: November 8, 2023**

**Confidential – for internal use only**

©2023 All contents of this document are covered by copyright.

This document was prepared by Lukka, Inc. (d/b/a Coinfirm), with an office at 800 Laurel Oak Drive, Unit 300, Naples, FL 34108, with the company registration number: 5492959, and cannot be used or reproduced in whole and parts without prior written confirmation.

**www.coinfirm.com**



CONTENTS

1. About Coinfirm ...................................................................................................................... 3
2. Scope of Work ....................................................................................................................... 4
   2.1  Client ............................................................................................................................. 4
   2.2  Scope of Work ............................................................................................................... 4
   2.3  About this Report .......................................................................................................... 4
3. Findings ................................................................................................................................. 5
   3.1  Assets Traced ................................................................................................................ 5
      3.1.1  Assets Traced Identified on Cryptocurrency Services ........................................... 5
   3.2  Assets Traced Identified at Addresses with No Identified Owner ............................... 10
4. Methodology ...................................................................................................................... 12
   4.1  What is crypto asset tracking ...................................................................................... 12
   4.2  Layering/mixing schemes ............................................................................................ 13
      4.2.1  Relay or Peel Chains ............................................................................................. 13
   4.3  Coinfirm tracking algorithm ........................................................................................ 14
5. Appendices ......................................................................................................................... 15
   5.1  Destination of Funds Bitcoin Blockchain - Excel evidence .......................................... 15
6. Disclaimer ........................................................................................................................... 16



## 1. About Coinfirm

Coinfirm is the world leader in blockchain analytics and regulatory technology ('RegTech') solutions, creating the foundation for the safe mass adoption of blockchain and cryptocurrencies. Coinfirm specializes in blockchain AML (Anti-Money Laundering) and crypto fraud investigations.

Our solution is based on the actual knowledge of crime, rule-based algorithms and crypto asset tracking technology that takes the security of blockchain and crypto financial markets to a level never seen in traditional finance. Fundamentally, it is based on three interoperable pillars:

I. Anti-Money Laundering (Effective Prevention) – technology platform allowing institutions to verify the risk of blockchain transaction counterparties and meet regulatory requirements by using the most comprehensive AML model and world's largest blockchain attributes database.

II. Fraud Investigations and Crime Fighting (Immediate Reaction) – world's most advanced real-time asset tracking technology, utilizing multiple tracing methods, enabling freezing funds in flight, and providing court-admissible evidence for successful litigation and asset recovery.

III. Data Ecosystem – the network and infrastructure of data collection and data reporting, supporting 20+ blockchains. Additional incentives to report suspicious activities and allowing victims of crypto fraud from all around the world to report and claim lost funds.

Coinfirm places the most precise demarcation line between "good" and "bad" in the crypto world. The oracle of future compliance exists today.

Visit [www.coinfirm.com](www.coinfirm.com) for more details about our products and services.



## 2. Scope of Work

### 2.1   Client

This analysis was commissioned to Coinfirm by:

**Name:** The Law Offices of G. Martin Meyers, P.C.

**Address:** 35 W Main Street, Suite 106, Denville, New Jersey 07834, United States of America

further referred to as 'Client'.

### 2.2   Scope of Work

Before commencing the work, Coinfirm was provided by the Client with the following transactions on the Bitcoin blockchain ("*Evaluated Transactions*"). Coinfirm was requested to identify the destination of the funds of the *Evaluated Transactions*.

| # | Blockchain | Transaction Hash | Destination Address | Amount (in BTC) |
|---|---|---|---|---|
| 1 | Bitcoin | 74fa0f5bf7e7c9cdead598fa82c898a835031503e4bf00ea7980c06182ba3a3b | bc1qdhrxng6sm03wgll9g4n8rhecz9f3ppqv72qv4g | 9.91488179 |
| 2 | Bitcoin | 593c659dbeaba2c9f46ae7d73861f25e99b9f82f9339cf8a8805a42e8612b114 | bc1qdhrxng6sm03wgll9g4n8rhecz9f3ppqv72qv4g | 0.03202259 |
| **TOTAL** | | | | **9.94690438** |

*Table 1 - Evaluated Transactions*

### 2.3   About this Report

This report was prepared by one of our forensic investigators using the latest blockchain analysis technology. All of our reports are reviewed by another experienced investigator to ensure accuracy and our high standards. The report covers transactions made through 2023-10-20. All dates are in UTC time zone.



# 3. Findings

## 3.1 Assets Traced

Coinfirm has applied five different tracing methodologies -- "First In First Out", "Last In First Out", "Pro Rata Distribution by Blocks", "Pro Rata Distribution by All Outputs", and "Taint Last". For the full tracking results, please refer to Appendix 1. All assumptions and statements in this report are based on transactions and destinations confirmed by all tracing methods.

In total we were able to identify 8.7986 Bitcoin out of 9.94690438 Bitcoin in scope. 7.77243 Bitcoin out of 9.94690438 Bitcoin could have been confirmed by all tracing methods. When the destinations are confirmed by all tracing methods, there can be a high level of confidence in the results. See Section 4 for more details on our tracing methodology.

The movement of funds has been obfuscated using relay chains, where funds are transferred multiple times and split among many destinations. This results in a large amount of transaction fees being paid and explains the difference between the amount of Bitcoin we were able to trace and the funds in scope.

### 3.1.1 Assets Traced Identified on Cryptocurrency Services

The Destination of Funds Tracking shows that approximately 7.12226 Bitcoin of the *Evaluated Transactions* were received by -14- identified cryptocurrency services. 6.79192 Bitcoin ("*Assets Traced*") out of 7.12226 Bitcoin have been confirmed by all five tracing methodologies. When the destinations are confirmed by all tracing methods, there can be a high level of confidence in the results. Please refer to Section 4 for more details on our tracing methodology. For the full tracking results, refer to Appendix 1. The table below displays the information about the cryptocurrency services that received the funds at the time this report was issued:

| # | Owner Name | Total Assets Traced (in USD) | Total Assets Traced (in BTC) | Assets Traced (confirmed by all methods, in USD) | Assets Traced (confirmed by all methods, in BTC) |
|---|---|---|---|---|---|
| 1 | Binance | 158,925.53 | 5.32289 | 153,773.02 | 5.25660 |
| 2 | Cash App | 26,210.73 | 0.87561 | 26,210.73 | 0.87561 |
| 3 | WazirX | 7,788.50 | 0.26688 | 7,788.50 | 0.26688 |
| 4 | Crypto.com | 5,287.01 | 0.18100 | 5,287.01 | 0.18100 |
| 5 | Coinbase | 4,497.53 | 0.14885 | 2,309.51 | 0.07684 |
| 6 | FixedFloat | 2,231.22 | 0.07671 | - | - |
| 7 | Shakepay | 2,100.38 | 0.07000 | 2,100.38 | 0.07000 |
| 8 | Bitget | 1,109.91 | 0.03775 | - | - |
| 9 | Bitpanda | 991.19 | 0.03313 | 991.19 | 0.03313 |
| 10 | Remitano | 951.51 | 0.03186 | 951.51 | 0.03186 |
| 11 | Bybit | 928.58 | 0.03112 | - | - |



| # | Owner Name | Total Assets Traced (in USD) | Total Assets Traced (in BTC) | Assets Traced (confirmed by all methods, in USD) | Assets Traced (confirmed by all methods, in BTC) |
|---|---|---|---|---|---|
| 12 | TradeOgre | 646.84 | 0.02498 | - | - |
| 13 | Paxful.com | 296.09 | 0.01145 | - | - |
| 14 | ChangeNOW | 293.64 | 0.01003 | - | - |
| **TOTAL:** | | **212,258.66** | **7.12226** | **199,411.85** | **6.79192** |

*Table 2 - Assets Identified on Cryptocurrency Services (USD amounts at day of transaction)*

The following chart shows the distribution of *Assets Traced* identified of Cryptocurrency Services. The table below provides transaction details for the addresses identified as recipients of the assets traced. In total, more than 95% of the funds were transferred to -4- different services:



*Figure 1 - Distribution of Assets Traced identified on Cryptocurrency Services*

Using a so-called relay chain pattern, the perpetrators attempted to obfuscate the transaction path and increase the complexity of tracking. With each payment, a small portion of the amount is sent to a different address. This pattern is then repeated many times.

If the data has to be analyzed manually, it represents a correspondingly high and error-prone effort for the investigator. We have automatically tracked these transactions with the "Coinfirm Investigator" and were able to determine the destination addresses.



The following is a visualization of the transaction path of *Assets Traced* to Binance:



**Figure 2** - *Assets Traced identified on Binance*

The table below presents transaction details for the addresses identified as recipients of the *Assets Traced*.

| # | Owner name (Destination Address) | Destination Address | Transaction Hash | Transaction Date (UTC) | Asset Name | Total Assets Traced (per Asset Name) |
|---|---|---|---|---|---|---|
| 1 | Binance | 1A3VcxK9npSwBqQChhAZBFHnw9ofex4AG6 | bb1eb2d9e2ca5921b9cd7187bd786895724cea2588db4e2a0c9e23cd3af83905 | 2023-07-24 17:16:55 | BTC | 2.32663959 |
| 2 | Binance | 1A3VcxK9npSwBqQChhAZBFHnw9ofex4AG6 | 3a515e12077cc4bf5aa1337e21687c0f6c22bdccacba3d9268024a50afa2e5fa | 2023-07-24 12:57:58 | BTC | 2.26314014 |



| # | Owner name (Destination Address) | Destination Address | Transaction Hash | Transaction Date (UTC) | Asset Name | Total Assets Traced (per Asset Name) |
|---|---|---|---|---|---|---|
| 3 | Cash App | bc1q80e37u0qttv9dcnr6mquymgan9z05fch7utntz | 21c1c2c353002d3c079ce9d01a7cc932a9529090ccea1aa6849ad8351c606f41 | 2023-07-31 10:15:57 | BTC | 0.58953494 |
| 4 | Binance | 17htApt2yH4xDV1U8CLKACutWJaguyEvph | 612f3aaff5670b769f86be2f49b12a2f39f9b85bac64bcc733376cd4a2715504 | 2023-08-09 13:36:44 | BTC | 0.45454000 |
| 5 | WazirX | bc1q2mut2wq8adgra3ffd8kfw20dg8jev3wservkmq | 2df18d8c821f1ce1c20e5e63995e08aed5e2289dd1e86bd3aa4ac76bb04085f4 | 2023-08-12 17:45:09 | BTC | 0.15000000 |
| 6 | Binance | 1Pg5yMpRbNxphB7ypYNJvHD8DLkT1AfaoD | 02d6022dbc61fb184c0fc990851ecc1731774b57b3be68ac4004ba7712a46633 | 2023-08-12 18:21:34 | BTC | 0.10000000 |
| 7 | Crypto.com | 3MR8AbSy5mE2PEVmLdhYkYkG33tJcPAekD | dbabb51cdb959c2274fa8f70deef818a576f97d290989ef078383742fa5e688a | 2023-07-27 04:44:51 | BTC | 0.10000000 |
| 8 | Crypto.com | 3MR8AbSy5mE2PEVmLdhYkYkG33tJcPAekD | 3bef0272e1dff02ca184ab8f01209c04039aa919cae2f9fb36c0d14675546cf6 | 2023-07-24 13:50:22 | BTC | 0.08100000 |
| 9 | Cash App | bc1qzx5y8n6d6ww0wuapn9l5j55727qrz832mtlyqe | 7e13523bbfaa6e717768b98ae747d533e2aaad899596326d30231ffd8903b8b6 | 2023-07-23 20:19:42 | BTC | 0.06322147 |
| 10 | Coinbase | 35UvYwQ1DPjVTac1pbopbaMuEz3GqALhLT | a11ee856357308067f0b5c221bcff2904d8051dcdaa6fb9375f826fbb5e9188c | 2023-07-20 13:25:27 | BTC | 0.06184000 |
| 11 | Cash App | bc1qa4w7tr5vfhd5c67jufrgwequ8s7cetfk5t82cf | deed479507afa98d5d0cfa1df5e955fb05124cf6ad5b7125931c5a856d73dac0 | 2023-07-27 20:37:52 | BTC | 0.06174000 |
| 12 | Binance | 1JQtrMuv8YBfUyXuNfxVKSEzdCmBWArymu | ccc3b0c15b15c913fdfdcb64de354258d938884d4036a4bd8cb7ed38baab6a35 | 2023-07-21 12:38:55 | BTC | 0.05281000 |
| 13 | Shakepay | bc1q4l6thyz32gj8fjcecnxad6rqd2k68qhmrnekn7l4rvsvtjapl46sferghq | 66eeb69e6bc4d4885baf68c33e0933bef15afa340538e55546a1dc7954961cf3 | 2023-07-20 02:18:05 | BTC | 0.05200000 |
| 14 | Binance | 1Poty8QjYdSFTqGzzjKhbgocvDV7TJ5uYB | 890fcd5c4ba1551548863667f1f7548bda1b353cdc6eb54a7cd1c9ace7a247a7 | 2023-08-19 03:20:50 | BTC | 0.04446000 |
| 15 | WazirX | bc1qgtgnf0pphzhg3a9s74ugs358pj2x68ugf5ggpn | 224b9f6b565f190d8a5d8b95099e0b0ac89d218a30d7ee375501166c3b09559a | 2023-08-19 01:47:38 | BTC | 0.04000000 |
| 16 | Cash App | bc1qujyk56p5tm0preyap8rn88teajwur3hhp8s7q0 | 342d5fbe868e62b1087127f4793722a2fdf142cccdeacb55935a9948da9633d2 | 2023-07-21 22:49:15 | BTC | 0.03340000 |



| # | Owner name<br>(Destination Address) | Destination Address | Transaction Hash | Transaction Date<br>(UTC) | Asset Name | Total Assets Traced<br>(per Asset Name) |
|---|---|---|---|---|---|---|
| 17 | Bitpanda | bc1qarlsynly6xmpf40um<br>c2whjyjn2f4w9nlprgcxu | ea22b26f8370ca34<br>9198cf3fe1559126<br>a3b727ac0fcb3d0d<br>0ace5a903b762368 | 2023-07-21<br>22:44:08 | BTC | 0.03313000 |
| 18 | Remitano | 3LKGWzD2kJA1EFvEe<br>MKfExz34Nu84JvFpc | 074b03d2166e2183<br>dc5276915ea3bd6c<br>029e98c541a64447<br>6244afeda0cc5741 | 2023-07-22<br>05:44:35 | BTC | 0.03186000 |
| 19 | WazirX | bc1qrq4mecy7sjrew952k<br>zjudp6mfvmtc5x2fextjs | ef82219beb2c1140<br>4eea067f25f51360<br>0b85b428312f7040<br>05b2c49fc5a788a8 | 2023-08-12<br>17:39:30 | BTC | 0.02737000 |
| 20 | Cash App | bc1qhnnw0rz24qj0yhr4u<br>gq9ydmkq5fq5e45mflmlt | 023672d682f6492e<br>2defb486d42c5f86<br>38ec86cc508edd11<br>a119274ffe1e2cbd | 2023-07-20<br>21:24:53 | BTC | 0.02630000 |
| 21 | Cash App | bc1qa4w7tr5vfhd5c67ju<br>frgwequ8s7cetfk5t82cf | 9db45d4023053ab0<br>cdd4058f008d7a6a<br>b35cbd3b50b90566<br>2c7cb40695d3715b | 2023-07-28<br>14:25:47 | BTC | 0.02600000 |
| 22 | Cash App | bc1qtcw3v3g9mee6slfx8<br>68322sle2k9mxpvt8rkv5 | c9e9232eca5e8d8b<br>7205a4ff94396b99<br>098a66a00930ac1f<br>1368b258a48fdfa9 | 2023-07-20<br>04:33:08 | BTC | 0.02329000 |
| 23 | WazirX | bc1qh7evj2clmp4y5c564<br>hvq00l22qv2psmwy3kjf0 | 2bf0cc264aab08ce<br>8763c55440b8138d<br>ff9b4d9e2530ba20<br>51d2b4af19e51b24 | 2023-08-08<br>10:27:33 | BTC | 0.02086000 |
| 24 | Cash App | bc1qa4w7tr5vfhd5c67ju<br>frgwequ8s7cetfk5t82cf | 13660f76b7b4b001<br>cdaa3a57d5e3c50a<br>9522cf45039624dc<br>fe9941c465c53179 | 2023-07-28<br>01:40:22 | BTC | 0.02000000 |
| 25 | Shakepay | bc1qkkwvxds5yhj36q5ac<br>wkkt6784nyggdylfwkmng<br>leu0psy4mmsras7049z2 | 9a91b209b339e07b<br>9f205e7e1e5f3e1e<br>9492b930163743d4<br>d8a627ccdc7d9e8a | 2023-07-20<br>01:07:03 | BTC | 0.01800000 |
| 26 | Cash App | bc1qgvgr2v3qx375uc4xc<br>6kxp59y9r8389jy5udmx3 | 891c63d4d9599a5c<br>b31cd44726649530<br>2db80df1f6f1026b<br>e37351283da83d1a | 2023-07-24<br>22:05:10 | BTC | 0.01713000 |
| 27 | Binance | 1L8a7jXWsn7ipAe5y<br>R7HN8tZC1oDrRmNL | 4ffbc9be9d320fb7<br>05456ba438a7c3af<br>8d546f6444bab84c<br>ddbe6cd0bfd6ebeb | 2023-08-19<br>02:35:08 | BTC | 0.01500000 |
| 28 | Cash App | bc1qa4w7tr5vfhd5c67ju<br>frgwequ8s7cetfk5t82cf | a46764c133f4926a<br>e8db7926e7456b9c<br>1812638222d4e90c<br>96f8e4fb600123f2 | 2023-07-29<br>00:12:50 | BTC | 0.01500000 |
| 29 | Coinbase | 3JdwwengbSiUzteSb<br>eiHkS892p7a1gVMzV | 1bb406d7a8f36df7<br>39b255978cca9e79<br>ac51132a00554a1c<br>47c31b9d60d176eb | 2023-08-12<br>19:14:48 | BTC | 0.01500000 |

*Table 3* - Deposit transactions for Assets Traced identified on Cryptocurrency Services



Confidential – for internal use only

## 3.2 Assets Traced Identified at Addresses with No Identified Owner

The Destination of Funds Tracking shows that approximately 1.67634 Bitcoin of the *Evaluated Transactions* were received by -26- addresses with no identified owner. 0.98051 Bitcoin ("*Assets Traced*") out of 1.67634 Bitcoin have been confirmed by all five tracing methodologies. When the destinations are confirmed by all tracing methods, there can be a high level of confidence in the results. Please refer to Section 4 for more details on our tracing methodology. For the full tracking results, refer to Appendix 1. The table below displays the information about the addresses with no identified owner that received the funds at the time this report was issued:

| # | Destination Address | Total Assets Traced (in USD) | Total Assets Traced (in BTC) | Assets Traced (confirmed by all methods, in USD) | Assets Traced (confirmed by all methods, in BTC) |
|---|---|---|---|---|---|
| 1 | bc1qcnky044usdpusdcgzkfmf9536mu4xjvsrt59s3 | 8,979.60 | 0.30000 | 8,979.60 | 0.30000 |
| 2 | bc1q598qmcw3rrlgt7272chuesxhkvl8p9gnyuw67y | 5,690.24 | 0.20432 | - | - |
| 3 | bc1qa2qjycm499wq7emj8gkle9t56dmcgh4cfj8jw2 | 5,597.67 | 0.21303 | 5,597.67 | 0.21303 |
| 4 | bc1qrxxq7me25xevpad6zl9rkpudcerfdax7tpm4q4 | 3,746.88 | 0.14018 | 3,746.88 | 0.14018 |
| 5 | bc1qmr4xs8eqa4nnnrys5rh4p9ueyp02f99wzcvr4n | 3,388.88 | 0.12907 | 3,388.88 | 0.12907 |
| 6 | 37PiDkgyQ165vf1jGRay2ZxYUBPLtukLgb | 2,269.27 | 0.07721 | - | - |
| 7 | bc1q88shwpwpjdk72vwthev7dt0xpkuwu6rguxewrv | 2,011.04 | 0.07618 | 2,011.04 | 0.07618 |
| 8 | bc1qe0xjt0zvj39q5uczapajvqnthsysx946qs8hzc | 1,750.61 | 0.05992 | 1,750.61 | 0.05992 |
| 9 | bc1q0r0jk53q0yu87xfarx0ldpayhns7wc4nuk7rfs | 1,632.10 | 0.06211 | 1,632.10 | 0.06211 |
| 10 | bc1qggrldndfmgpv9kvhqtqr38yxgfzlwt7dpdmj6r | 1,588.58 | 0.05446 | - | - |
| 11 | bc1qf8h5k6sash8007vpesymxkw2xsg5d0r3j4l5vmcrwpz2pqu66fjstzgd3r | 1,496.97 | 0.05094 | - | - |
| 12 | bc1q832l4marwscflq8ypctgs22qlgmneuzws8x6u6 | 1,277.96 | 0.04889 | - | - |
| 13 | bc1q2mx8y4t46uchcv5p2dpzhm7z6fsce3l2qdq448 | 828.38 | 0.03153 | - | - |
| 14 | bc1qej9dq5dxjmnzg603magyesse70h6lc8gfwltul | 744.38 | 0.02900 | - | - |
| 15 | bc1qmxcagqze2n4hr5rwflyfu35q90y22raxdgcp4p | 738.75 | 0.02445 | - | - |
| 16 | bc1qhcxy2t8nrzapvj4965v557ersfttvj4l2lpl2w | 659.25 | 0.02236 | - | - |
| 17 | bc1qeq50x3wmvk3wtuqj7fwlzkasvydh6chckfgqjh | 492.76 | 0.01891 | - | - |
| 18 | bc1qqv2r4a25rppyr7dz2jpp42up5eu9m9uf8et4d4 | 470.73 | 0.01646 | - | - |
| 19 | 36qi58ygsBbqPGkmSUryR47YF6UhSwhYfw | 435.11 | 0.01522 | - | - |



| # | Destination Address | Total Assets Traced (in USD) | Total Assets Traced (in BTC) | Assets Traced (confirmed by all methods, in USD) | Assets Traced (confirmed by all methods, in BTC) |
|---|---|---|---|---|---|
| 20 | bc1qdfl3dfnwwvlqa5jpckh0ccwpjczh5y566c4g76 | 433.16 | 0.01591 | - | - |
| 21 | bc1qvqjnvrrdel6uh6ydznp8nh8nkgwu9etzpsy7fc | 431.96 | 0.01566 | - | - |
| 22 | bc1qara4fgclkv9xy5laqh87s5awgvrmf85xv7qmts | 414.17 | 0.01531 | - | - |
| 23 | bc1qxvcfwmjcarg7c7paut2c9z2hgmqc5r97zkz8kd | 409.09 | 0.01542 | - | - |
| 24 | bc1qd6zg7nqygssqqhwvjhdgt6maate4fqrwqg6eha | 386.46 | 0.01457 | - | - |
| 25 | bc1qk73gmjsrx046fzlg4p946kj29luzgpw8cc426s | 380.03 | 0.01292 | - | - |
| 26 | 3246hqX7b5NyfiMRdNM28yqB5qdPpqVDzP | 323.92 | 0.01230 | - | - |
| **TOTAL:** | | **46,577.95** | **1.67634** | **27,106.78** | **0.98051** |

*Table 4* - Assets Identified at Addresses with No Identified Owner (USD amounts at day of transaction)



# 4. Methodology

## 4.1  What is crypto asset tracking

Crypto asset tracking means identification and evidencing the destination or source of crypto assets through the application of forensic accounting methods. Defrauded cryptocurrency funds are typically passed through complex layering/mixing schemes aimed at concealing the trail of funds.



Each asset tracking exercise starts with the provision of transfers to be traced. Unlike in traditional finance, blockchain transactions may contain several transfers of funds occurring in one transaction, where only part of them should be subject to tracing. Therefore, tracking should always be executed on the lowest level of granularity which is a transfer and not a transaction, address, or cluster.



Many blockchain analytics treat all consecutive transactions as dirty or tainted funds using 'click-through graph tools' (the so-called 'Poison' method). Poison method is not considered a forensic accounting method by many witness experts as it does not follow the rules of professional accounting and neglects the chronology of transactions. It does not distinguish between illicit and clean funds.



Confidential – for internal use only

## 4.2  Layering/mixing schemes

One of the methods aiming to conceal the trail of funds is usage of blockchain transactions mixers (also referred to as 'tumblers'/'anonymizers'), which are services that attempt to confuse the trail of blockchain transactions. In most cases funds are divided into smaller portions and are subsequently mixed at random with similarly sized portions of a number or 'pool' of other users' funds. As a result, the perpetrator receives their funds back with a significantly lower 'taint' ratio (low traceability to the perpetrator's initial blockchain addresses). Some blockchain protocols like Dash or Zcash have embedded anonymizing functions and are widely referred to as 'privacy coins' in the blockchain industry. According to existing regulations (e.g., 5th AML Directive of the EU) running a mixing service may be illegal, and the targeted enforcement of these regulations has led some VASPs to delist some privacy coins.

Mixing services are of most benefit to malicious actors if the amount of illicit funds is not extraordinarily large. The higher the amount, the more difficult it is to conceal the source of funds. Therefore, large operations tend to pass funds through a deliberately designed chain of hundreds or thousands of layering transactions.

The destination of illicit funds are typically VASPs, often those with no or low KYC standards as well as reputable ones, as most of them are still missing truly effective, high-tech AML and Transaction Monitoring solutions like Coinfirm's AML Platform. The other type of usual recipients of defrauded coins are various Clearnet and Deep Web blockchain services, such as marketplaces, decentralized finance applications or gaming and gambling sites. All these endpoints may serve criminals both to cash out illicit cryptocurrencies as well as a means of further hindering the trail of funds by exchanging them through several such services.

### 4.2.1  Relay or Peel Chains

A "relay or peel chain" occurs when a certain amount of coins/tokens is sent from one address through a series of transactions in which a slightly smaller amount of coins/tokens is transferred to a new address each time. In each transaction, some quantity of coins/tokens "peel off" the chain to another address. This is repeated multiple times.



## 4.3   Coinfirm tracking algorithm

Coinfirm algorithm can trace crypto assets through the mixing transactions (e.g., CoinJoin) and provide the full evidence of the perpetrator activity. However, there are services that, without having the access to the internal servers, make it impossible to trace the specific individuals who used them. Examples of such services are ChipMixer and Tornado Cash. Both are designed in a way that the full crypto flow path of the specific individual is not visible on the blockchain and the assets withdrawal from the mixer can often appear on the address completely unrelated to the input address. Coinfirm can further trace coins mixed through such services and presented their Destination, however, the 'current' owner of such coins may no longer be the 'initial' perpetrator, but an individual who also deposited coins into the same mixing (anonymization) service. In such case, we provide evidence of the coins being "the same defrauded property" - what it means is that other users, of the same mixing service that was used by the 'initial' perpetrator, received coins originating from the fraudulent activity (mixer transferred coins from 'initial' perpetrator to the wallet of another mixer user).

Whether traced funds are received by a VASP-controlled wallet or not has an impact on our tracing analysis. Tracing of the Claimant's cryptocurrency will continue until either those funds are received by a VASP-controlled wallet, or the funds are received by a wallet that still currently holds those funds (i.e. there has been no further onward dissipation of the funds).

Most VASPs operate pooling addresses used to store customer deposits and to execute transfers. When a user of the VASP wishes to transfer cryptocurrency from their exchange account, often the exchange will use cryptocurrency held in one of its pooling addresses to settle the transaction, rather than transfer cryptocurrency held in a wallet that only includes that specific user's cryptocurrency. In these cases, the records matching user account transactions to the movements on the blockchain showing which addresses have been used to settle the transaction are kept only by the exchange. These internal records are not publicly available. The tracing of the Claimant's cryptocurrency must, therefore, stop once those funds are received by a wallet controlled by an exchange as we do not know which user account transactions relate to transfers from these wallets.



# 5. Appendices

## 5.1    Destination of Funds Bitcoin Blockchain - Excel evidence

"Appendix 1. Destination-of-Funds BTC" - Microsoft Excel spreadsheet attached.



# 6. Disclaimer

Lukka, Inc. (d/b/a Coinfirm) ("Coinfirm") is not in any way connected with or under any common control with any of the recipients of this report and therefore has full ability to provide independent service.

Coinfirm is not liable for any changes in assumptions and nor any updates to this report in the case of new facts or circumstances occurring after the date of the report.

Coinfirm has conducted this evaluation based on publicly available third-party sources, data and information. Coinfirm accepts no liability or responsibility for any such third-party information and shall have no responsibility to independently verify any third-party information or any assumptions contained therein.

Any decision taken by the recipients is to be made solely based on the recipients' sole judgment and at the recipients' sole risk. The liability of Coinfirm is hereby excluded to the fullest extent permitted by the applicable law.

In no event will Coinfirm or any of its affiliates and its and their officers, directors, managers, owners, advisors, employees and agents be liable to the recipients or to any other party for:

(i) any loss, damage or other injury, in whole or in part caused by, resulting from or relating to, any error (negligent or otherwise) in the report, or any other circumstance or contingency within or outside the control of Coinfirm, in connection with the procurement, collection, compilation, analysis, interpretation, communication, publication or delivery of the report or,

(ii) any indirect, special, punitive, incidental, exemplary, expectancy or consequential damages, including lost profits, lost revenues, loss of opportunity or business interruption, whether or not such damages are foreseeable.

