U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SYDNEY TYSON, M.D., <br><br> Plaintiff(s), <br><br> v. <br><br> JOHN/JANE DOE 1 aka "PAUL REED", COINBASE GLOBAL, INC., and JOHN/JANE DOES 2-10, <br><br> Defendant(s). | Civil Action No. 1:23-cv-22066 <br><br> **PROPOSED ORDER GRANTING** <br> **<u>EXPEDITED DISCOVERY</u>** |

Justin A. Meyers, Esq. (#041522006)
justin@gmeyerslaw.com
**LAW OFFICES OF G. MARTIN MEYERS, P.C.**
35 West Main Street, Suite #106
Denville, New Jersey 07834
Tel.  (973) 625-0838
Fax. (973) 525-5350
*Attorneys for Plaintiff Sydney Tyson*

Dated:  Nov. 15, 2023

THIS MATTER, having been opened to the Court upon the application of Justin A. Meyers, Esq., counsel to the LAW OFFICES OF G. MARTIN MEYERS, P.C., on behalf of the Plaintiff SYDNEY TYSON, for an Order granting Plaintiff's motion for expedited discovery; and the Court having considered the submissions of Plaintiff's counsel in support thereof; it is

ON THIS _____ day of _____, 20_____ :

ORDERED that Plaintiff may request discovery from the non-party witnesses **Binance**, **Cash App, Crypto.com** and **WazirX**; and it is

FURTHER ORDERED that within five (5) days of service of a subpoena in accordance with this Order, such non-parties referred to above shall produce the requested documents for accounts associated with the following digital or virtual "wallet" addresses:

| Exchange | Wallet Address |
| --- | --- |
| Binance | 1A3VcxK9npSwBqQChhAZBFHnw9ofex4AG6 |
| Binance | 17htApt2yH4xDV1U8CLKACutWJaguyEvph |
| Binance | 1Pg5yMpRbNxphB7ypYNJvHD8DLkT1AfaoD |
| Binance | 14PvBiXJ2GYLS99uaHHmzpF3P4ZSiUNS4x |
| Binance | 1JQtrMuv8YBfUyXuNfxVKSEzdCmBWArymu |
| Binance | 1Poty8QjYdSFTqGzzjKhbgocvDV7TJ5uYB |
| Binance | 1L8a7jXWsn7ipAe5yR7HN8tZC1oDrRmNL |
| Cash App | bc1q80e37u0qttv9dcnr6mquymgan9z05fch7utntz |
| Cash App | bc1qa4w7tr5vfhd5c67jufrgwequ8s7cetfk5t82cf |
| Cash App | bc1qzx5y8n6d6ww0wuapn9l5j55727qrz832mtlyqe |
| Cash App | bc1qujyk56p5tm0preyap8rn88teajwur3hhp8s7q0 |
| Cash App | bc1qhnnw0rz24qj0yhr4ugq9ydmkq5fq5e45mflmlt |
| Cash App | bc1qtcw3v3g9mee6slfx868322sle2k9mxpvt8rkv5 |
| Cash App | bc1qgvgr2v3qx375uc4xc6kxp59y9r8389jy5udmx3 |
| Crypto.com | 3MR8AbSy5mE2PEVmLdhYkYkG33tJcPAekD |
| WazirX | bc1q2mut2wq8adgra3ffd8kfw20dg8jev3wservkmq |
| WazirX | bc1qgtgnf0pphzhg3a9s74ugs358pj2x68ugf5ggpn |
| WazirX | bc1qrq4mecy7sjrew952kzjudp6mfvmtc5x2fextjs |
| WazirX | bc1qh7evj2clmp4y5c564hvq00l22qv2psmwy3kjf0 |

      i. All documents related to the wallet address including account opening and closing, the identity of the account holder, all proofs of identification (such as government issued photo ID), date of birth, Social Security Number, telephone number, electronic mail address, residential/mailing address, and any other Know Your Customer ("KYC") records maintained for anti- Money Laundering ("AML") or Combating the Financing of Terrorism ("CFT") regulatory compliance;

      ii. All documents related to any other wallets or accounts controlled by the individual(s) identified in (i);

      iii. All documents related to transactions, funding, registered funding sources (i.e., bank accounts or other sources of funding) tied to the accounts controlled by the individual(s) identified in (i);

      iv. Any records of correspondence with, or related to, the individual(s) identified in (i); and it is

FURTHER ORDERED that Plaintiff is authorized to serve the non-party witnesses **Binance, Cash App, Crypto.com** and **WazirX** by hand delivery, USPS, or private courier service, email, or any adequate method reasonably calculated under the circumstances to afford the nonparty witness an opportunity to respond to the subpoena; and it is

FURTHER ORDERED that any privacy interest that Defendant(s) John/Jane Doe 1 through 10 has concerning the documents requested by Plaintiff are outweighed by the need to investigate and prosecute the theft and conversion alleged in Plaintiff's complaint, and such privacy concerns shall not be good cause for the subpoenaed party to withhold the requested material.

Dated:                                                                                                                                          U.S.D.J.