G. Martin Meyers, Esq. (#271881971)
gmm@gmeyerslaw.com
Justin A. Meyers, Esq. (#041522006)
justin@gmeyerslaw.com
**LAW OFFICES OF G. MARTIN MEYERS, P.C.**
35 West Main Street, Suite #106
Denville, New Jersey 07834
Tel.  (973) 625-0838
Fax. (973) 625-5350
*Attorneys for Plaintiff Sydney Tyson*

**U.S. DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SYDNEY TYSON, M.D.,<br><br>Plaintiff(s),<br><br>v.<br><br>JOHN/JANE DOE 1 aka "PAUL REED", COINBASE GLOBAL, INC., and JOHN/JANE DOES 2-10,<br><br>Defendant(s). | Civil Action No. 1:23-cv-22066<br><br>**NOTICE OF MOTION FOR SUBSTITUTED SERVICE** |

On November 4, 2024, the undersigned counsel for Plaintiff Sydney Tyson, M.D. will Move before this Court for an Order permitting service of a summons and complaint on John (Jane) Doe defendants 1-10 using alternative service pursuant to Fed. R. Civ. Pro. 4(f)(3).

Plaintiffs will rely on the Declaration of Counsel and attached exhibits, letter brief, form of proposed Oder, and certification of service filed herewith.

Dated: Sept. 26, 2024                    By:    s/Justin Meyers
                                                          Justin Meyers, Esq. (NJ #041522006)

                                                 LAW OFFICES OF G. MARTIN MEYERS, P.C.
                                                 *Attorneys for Plaintiff Sydney Tyson*