# EXHIBIT A

AO 88 (11/91) Subpoena in a Civil Case

## PROOF OF SERVICE

20240625133125

| SERVED | DATE:<br>7/8/2024 12:49 PM | PLACE:<br>252 NW 29TH STREET  SUITE 905  MIAMI  FL  33127 |
|---|---|---|

| SERVED ON:  BAM TRADING SERVICES INC. D/B/A BINANCE US<br>ACCEPTED BY: CARLOS INFANTE<br>RELATIONSHIP/TITLE: CLERK | MANNER OF SERVICE: RULE 45, FEDERAL CIVIL RULE<br>SERVING: SUBPOENA TO PRODUCE, MEMORANDUM OPINION<br>AND ORDER |
|---|---|
| SERVED BY      Luis Mesa | TITLE                                    PROCESS SERVER |

### DECLARATION OF SERVER

Description of Person Receiving Document(s):

SEX:M__  AGE:21-35  HEIGHT: 5'4"-5'8"    WEIGHT:161-200 LBS.    SKIN:WHITE    HAIR:BLACK    OTHER:_____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service.
I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Certification of Service is true and correct.

Docusign Court Approved E-Signature

Luis Mesa _____L.S.

SIGNATURE OF
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

EXECUTED ON:   7/8/2024 12:49 PM

ATTORNEY:     JUSTIN A. MEYERS, ESQ.
PLAINTIFF:     SYDNEY TYSON, M.D.
DEFENDANT:   JOHN/JANE DOE 1 AKA "PAUL REED", ET AL
VENUE:        DISTRICT
DOCKET:       1 23 CV 22066
FEE:          0.00

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS
 (1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but not limited to, lost earnings and a reasonable attorney's fee.
 (2)(A)  A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.
 (B)  Subject to paragraph (d)(2) of this rule,  person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.
 (3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it
 (i) fails to allow reasonable time for compliance;
 (ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person,

except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or
 (iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
 (iv) subjects a person to undue burden.

(B) If a subpoena
 (i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
 (ii) requires disclosure of an unretained expert's opinion or information not describing specific events of occurrences in dispute and resulting from the expert's study made not at the request of any party, or
 (iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assure that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA
 (1)  A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.
 (2)  When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

# EXHIBIT B

| AO 88 (11/91) Subpoena in a Civil Case | **PROOF OF SERVICE** | | 20240625133900 |
|---|---|---|---|

| **SERVED** | DATE:<br>06/26/2024 10:10 AM | PLACE:<br>**1955 BROADWAY SUITE 600   OAKLAND CA 94612** |
|---|---|---|

| SERVED ON:  **CASH APP**<br>ACCEPTED BY:     JANE DOE<br>RELATIONSHIP/TITLE: SECURITY | MANNER OF SERVICE: RULE 45, FEDERAL CIVIL RULE<br>SERVING: **SUBPOENA TO PRODUCE, MEMORANDUM OPINION AND ORDER** |
|---|---|

| SERVED BY<br>____ALEX BARBER____ | TITLE<br>**PROCESS SERVER** |
|---|---|

**DECLARATION OF SERVER**

Description of Person Receiving Document(s):

SEX: _F_   AGE: _35_   HEIGHT: _5'8_   WEIGHT: _110LBS_   SKIN: _BLACK_   HAIR: _BLACK_   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service.
I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Certification of Service is true and correct.

Docusign Court-Approved E-Signature
_____ L.S.

SIGNATURE OF _____
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

EXECUTED ON:

ATTORNEY:      JUSTIN A. MEYERS, ESQ.
PLAINTIFF:      SYDNEY TYSON, M.D.
DEFENDANT:    JOHN/JANE DOE 1 AKA "PAUL REED", ET AL
VENUE:         DISTRICT
DOCKET:        1 23 CV 22066 KMW EAP
FEE:           0.00

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS
(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but not limited to, lost earnings and a reasonable attorney's fee.
(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.
(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.
(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it
(i) fails to allow reasonable time for compliance;
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person,

except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or
(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv) subjects a person to undue burden.

(B) If a subpoena
(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events of occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assure that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.
(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.
(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

# EXHIBIT C

20240625133710

**Guaranteed Subpoena Service, Inc.**
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056   (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
**www.Served.com**

YOUR PROCESS **20240625133710** Was

G. MARTIN MEYERS, P.C.
JUSTIN A. MEYERS, ESQ.
35 WEST MAIN STREET SUITE 106
DENVILLE NJ 07834

**NOT SERVED!**

NOT Served Date/Time: 6/26/2024 1:53 PM

**Visit us at www.SERVED.com to get the latest status of your process. Your FirmID is: D6C59876**

NOT Served Upon:     FORIS DAX INC. D/B/A CRYPTO.COM
At BUSINESS :          10752 DEERWOOD PARK BLVD. SOUTH WATERVIEW II, SUITE 100 JACKSONVILLE FL
                       32256

In the Case/Docket:   1 23 CV 22066 KMW EAP    Claim:
Plaintiff:            SYDNEY TYSON, M.D.
Defendant:            JOHN/JANE DOE 1 AKA "PAUL REED", ET AL
Attorney:             JUSTIN A. MEYERS, ESQ.  Phone: 9736250838  Fax: 9736255350  Email:
Firm:                 G. MARTIN MEYERS, P.C.
                      35 WEST MAIN STREET SUITE 106 DENVILLE NJ 07834

## VIDEO OF OUR ATTEMPTS ARE FREQUENTLY AVAILABLE AT A REASONABLE COST
## EFFECTIVE 8/6/18 - WHEN AND WHERE AVAILABLE

# AUTHORIZATION FOR ADVANCED SEARCH

**Note: all investigative work is performed by Spartan Detective Agency, NJ License 2392**

**To order search check desired box, sign authorization and fax back to us immediately at 888-224-4405**

*PLEASE BE ADVISED THAT IF THE SOCIAL SECURITY NUMBER OR TAX ID IS NEEDED FOR A SEARCH THERE WILL BE A $60/$150 FEE.

[ ] Social Security Search $60 find or no find

[ ] Skip Search* - $75.00 - no find, no pay

[ ] Postal Forwarding $60 anywhere in U.S

[ ] DMV - MVC $60 NJ only, $110 other states

**Sales Tax of 6.625% Applies**

[ ] VIDEO EVIDENCE $79.99 if available

[ X ] Corporate Search - $85 anywhere in U.S.

[ ] **(SDA)** Stake Out/Inv $125/hr | **(GSS)** - Wait Time $100/hr (NJ)
$150/hr Out of State **(circle one)** - Auth Hours ___

_____     ___/___/_____
AUTHORIZING SIGNATURE                DATE

PLEASE FAX SIGNED AUTHORIZATION TO (888) 224-4405 OR CALL (877) SDA-2009 TO REACH **SPARTAN DETECTIVE AGENCY**
OR CALL (800) 672-1952 TO REACH **GUARANTEED SUBPOENA SERVICE**

We were unable to serve your process for the following reason:

**NO LONGER HAS A SPACE THERE**

***THIS FORM DOES NOT CONSTITUTE A LEGAL DUE DILIGENCE AFFIDAVIT***

# EXHIBIT D



# Coinfirm Report

**Report date: November 8, 2023**

**Confidential – for internal use only**

©2023 All contents of this document are covered by copyright.

This document was prepared by Lukka, Inc. (d/b/a Coinfirm), with an office at 800 Laurel Oak Drive, Unit 300, Naples, FL 34108, with the company registration number: 5492959, and cannot be used or reproduced in whole and parts without prior written confirmation.

**www.coinfirm.com**



CONTENTS

1.  About Coinfirm ................................................................................................................ 3

2.  Scope of Work .............................................................................................................. 4

  2.1   Client ................................................................................................................... 4

  2.2   Scope of Work ..................................................................................................... 4

  2.3   About this Report ................................................................................................ 4

3.  Findings ......................................................................................................................... 5

  3.1   Assets Traced ..................................................................................................... 5

    3.1.1   Assets Traced Identified on Cryptocurrency Services ................................. 5

  3.2   Assets Traced Identified at Addresses with No Identified Owner ...................... 10

4.  Methodology ................................................................................................................. 12

  4.1   What is crypto asset tracking ............................................................................. 12

  4.2   Layering/mixing schemes ................................................................................... 13

    4.2.1   Relay or Peel Chains ................................................................................... 13

  4.3   Coinfirm tracking algorithm ................................................................................ 14

5.  Appendices ................................................................................................................... 15

  5.1   Destination of Funds Bitcoin Blockchain - Excel evidence ............................... 15

6.  Disclaimer ..................................................................................................................... 16



        Confidential – for internal use only

# 1. About Coinfirm

Coinfirm is the world leader in blockchain analytics and regulatory technology ('RegTech') solutions, creating the foundation for the safe mass adoption of blockchain and cryptocurrencies. Coinfirm specializes in blockchain AML (Anti-Money Laundering) and crypto fraud investigations.

Our solution is based on the actual knowledge of crime, rule-based algorithms and crypto asset tracking technology that takes the security of blockchain and crypto financial markets to a level never seen in traditional finance. Fundamentally, it is based on three interoperable pillars:

I.   Anti-Money Laundering (Effective Prevention) – technology platform allowing institutions to verify the risk of blockchain transaction counterparties and meet regulatory requirements by using the most comprehensive AML model and world's largest blockchain attributes database.

II.  Fraud Investigations and Crime Fighting (Immediate Reaction) – world's most advanced real-time asset tracking technology, utilizing multiple tracing methods, enabling freezing funds in flight, and providing court-admissible evidence for successful litigation and asset recovery.

III. Data Ecosystem – the network and infrastructure of data collection and data reporting, supporting 20+ blockchains. Additional incentives to report suspicious activities and allowing victims of crypto fraud from all around the world to report and claim lost funds.

Coinfirm places the most precise demarcation line between "good" and "bad" in the crypto world. The oracle of future compliance exists today.

Visit www.coinfirm.com for more details about our products and services.



Confidential – for internal use only

# 2. Scope of Work

## 2.1   Client

This analysis was commissioned to Coinfirm by:

**Name:** The Law Offices of G. Martin Meyers, P.C.

**Address:** 35 W Main Street, Suite 106, Denville, New Jersey 07834, United States of America

further referred to as 'Client'.


## 2.2   Scope of Work

Before commencing the work, Coinfirm was provided by the Client with the following transactions on the Bitcoin blockchain ("*Evaluated Transactions*"). Coinfirm was requested to identify the destination of the funds of the *Evaluated Transactions*.

| # | Blockchain | Transaction Hash | Destination Address | Amount (in BTC) |
|---|---|---|---|---|
| 1 | Bitcoin | 74fa0f5bf7e7c9cdead598fa82c898a8 35031503e4bf00ea7980c06182ba3a3b | bc1qdhrxng6sm03wgl19g 4n8rhecz9f3ppqv72qv4g | 9.91488179 |
| 2 | Bitcoin | 593c659dbeaba2c9f46ae7d73861f25e 99b9f82f9339cf8a8805a42e8612b114 | bc1qdhrxng6sm03wgl19g 4n8rhecz9f3ppqv72qv4g | 0.03202259 |
| **TOTAL** | | | | **9.94690438** |

*Table 1 - Evaluated Transactions*


## 2.3   About this Report

This report was prepared by one of our forensic investigators using the latest blockchain analysis technology. All of our reports are reviewed by another experienced investigator to ensure accuracy and our high standards. The report covers transactions made through 2023-10-20. All dates are in UTC time zone.



Confidential – for internal use only

# 3. Findings

## 3.1   Assets Traced

Coinfirm has applied five different tracing methodologies -- "First In First Out", "Last In First Out", "Pro Rata Distribution by Blocks", "Pro Rata Distribution by All Outputs", and "Taint Last". For the full tracking results, please refer to Appendix 1. All assumptions and statements in this report are based on transactions and destinations confirmed by all tracing methods.

In total we were able to identify 8.7986 Bitcoin out of 9.94690438 Bitcoin in scope. 7.77243 Bitcoin out of 9.94690438 Bitcoin could have been confirmed by all tracing methods. When the destinations are confirmed by all tracing methods, there can be a high level of confidence in the results. See Section 4 for more details on our tracing methodology.

The movement of funds has been obfuscated using relay chains, where funds are transferred multiple times and split among many destinations. This results in a large amount of transaction fees being paid and explains the difference between the amount of Bitcoin we were able to trace and the funds in scope.

### 3.1.1   Assets Traced Identified on Cryptocurrency Services

The Destination of Funds Tracking shows that approximately 7.12226 Bitcoin of the *Evaluated Transactions* were received by -14- identified cryptocurrency services. 6.79192 Bitcoin ("*Assets Traced*") out of 7.12226 Bitcoin have been confirmed by all five tracing methodologies. When the destinations are confirmed by all tracing methods, there can be a high level of confidence in the results. Please refer to Section 4 for more details on our tracing methodology. For the full tracking results, refer to Appendix 1. The table below displays the information about the cryptocurrency services that received the funds at the time this report was issued:

| # | Owner Name | Total Assets Traced (in USD) | Total Assets Traced (in BTC) | Assets Traced (confirmed by all methods, in USD) | Assets Traced (confirmed by all methods, in BTC) |
|---|---|---|---|---|---|
| 1 | Binance | 158,925.53 | 5.32289 | 153,773.02 | 5.25660 |
| 2 | Cash App | 26,210.73 | 0.87561 | 26,210.73 | 0.87561 |
| 3 | WazirX | 7,788.50 | 0.26688 | 7,788.50 | 0.26688 |
| 4 | Crypto.com | 5,287.01 | 0.18100 | 5,287.01 | 0.18100 |
| 5 | Coinbase | 4,497.53 | 0.14885 | 2,309.51 | 0.07684 |
| 6 | FixedFloat | 2,231.22 | 0.07671 | - | - |
| 7 | Shakepay | 2,100.38 | 0.07000 | 2,100.38 | 0.07000 |
| 8 | Bitget | 1,109.91 | 0.03775 | - | - |
| 9 | Bitpanda | 991.19 | 0.03313 | 991.19 | 0.03313 |
| 10 | Remitano | 951.51 | 0.03186 | 951.51 | 0.03186 |
| 11 | Bybit | 928.58 | 0.03112 | - | - |



Confidential – for internal use only

| # | Owner Name | Total Assets Traced (in USD) | Total Assets Traced (in BTC) | Assets Traced (confirmed by all methods, in USD) | Assets Traced (confirmed by all methods, in BTC) |
|---|---|---|---|---|---|
| 12 | TradeOgre | 646.84 | 0.02498 | - | - |
| 13 | Paxful.com | 296.09 | 0.01145 | - | - |
| 14 | ChangeNOW | 293.64 | 0.01003 | - | - |
| **TOTAL:** | | **212,258.66** | **7.12226** | **199,411.85** | **6.79192** |

*Table 2 - Assets Identified on Cryptocurrency Services (USD amounts at day of transaction)*

The following chart shows the distribution of *Assets Traced* identified of Cryptocurrency Services. The table below provides transaction details for the addresses identified as recipients of the assets traced. In total, more than 95% of the funds were transferred to -4- different services:



*Figure 1 - Distribution of Assets Traced identified on Cryptocurrency Services*

Using a so-called relay chain pattern, the perpetrators attempted to obfuscate the transaction path and increase the complexity of tracking. With each payment, a small portion of the amount is sent to a different address. This pattern is then repeated many times.

If the data has to be analyzed manually, it represents a correspondingly high and error-prone effort for the investigator. We have automatically tracked these transactions with the "Coinfirm Investigator" and were able to determine the destination addresses.



Confidential – for internal use only

The following is a visualization of the transaction path of *Assets Traced* to Binance:



*Figure 2 - Assets Traced identified on Binance*

The table below presents transaction details for the addresses identified as recipients of the *Assets Traced*.

| # | Owner name<br>(Destination Address) | Destination Address | Transaction Hash | Transaction Date<br>(UTC) | Asset Name | Total Assets Traced<br>(per Asset Name) |
|---|---|---|---|---|---|---|
| 1 | Binance | 1A3VcxK9npSwBqQCh<br>hAZBFHnw9ofex4AG6 | bb1eb2d9e2ca5921<br>b9cd7187bd786895<br>724cea2588db4e2a<br>0c9e23cd3af83905 | 2023-07-24<br>17:16:55 | BTC | 2.32663959 |
| 2 | Binance | 1A3VcxK9npSwBqQCh<br>hAZBFHnw9ofex4AG6 | 3a515e12077cc4bf<br>5aa1337e21687c0f<br>6c22bdccacba3d92<br>68024a50afa2e5fa | 2023-07-24<br>12:57:58 | BTC | 2.26314014 |



| # | Owner name (Destination Address) | Destination Address | Transaction Hash | Transaction Date (UTC) | Asset Name | Total Assets Traced (per Asset Name) |
|---|---|---|---|---|---|---|
| 3 | Cash App | bc1q80e37u0qttv9dcnr6mquymgan9z05fch7utntz | 21c1c2c353002d3c079ce9d01a7cc932a9529090cceaa1aa6849ad8351c606f41 | 2023-07-31 10:15:57 | BTC | 0.58953494 |
| 4 | Binance | 17htApt2yH4xDV1U8CLKACutWJaguyEvph | 612f3aaff5670b769f86be2f49b12a2f39f9b85bac64bcc733376cd4a2715504 | 2023-08-09 13:36:44 | BTC | 0.45454000 |
| 5 | WazirX | bc1q2mut2wq8adgra3ffd8kfw20dg8jev3wservkmq | 2df18d8c821f1ce1c20e5e63995e08aed5e2289dd1e86bd3aa4ac76bb04085f4 | 2023-08-12 17:45:09 | BTC | 0.15000000 |
| 6 | Binance | 1Pg5yMpRbNxphB7ypYNJvHD8DLkT1AfaoD | 02d6022dbc61fb184c0fc990851ecc1731774b57b3be68ac4004ba7712a46633 | 2023-08-12 18:21:34 | BTC | 0.10000000 |
| 7 | Crypto.com | 3MR8AbSy5mE2PEVmLdhYkYkG33tJcPAekD | dbabb51cdb959c2274fa8f70deef818a576f97d290989ef078383742fa5e688a | 2023-07-27 04:44:51 | BTC | 0.10000000 |
| 8 | Crypto.com | 3MR8AbSy5mE2PEVmLdhYkYkG33tJcPAekD | 3bef0272e1dff02ca184ab8f01209c04039aa919cae2f9fb36c0d14675546cf6 | 2023-07-24 13:50:22 | BTC | 0.08100000 |
| 9 | Cash App | bc1qzx5y8n6d6ww0wuapn915j55727qrz832mtlyqe | 7e13523bbfaa6e717768b98ae747d533e2aaad899596326d30231ffd8903b8b6 | 2023-07-23 20:19:42 | BTC | 0.06322147 |
| 10 | Coinbase | 35UvYwQ1DPjVTac1pbopbaMuEz3GqALhLT | a11ee85635730806 7f0b5c221bcff2904d8051dcdaa6fb9375f826fbb5e9188c | 2023-07-20 13:25:27 | BTC | 0.06184000 |
| 11 | Cash App | bc1qa4w7tr5vfhd5c67jufrgwequ8s7cetfk5t82cf | deed479507afa98d5d0cfa1df5e955fb05124cf6ad5b7125931c5a856d73dac0 | 2023-07-27 20:37:52 | BTC | 0.06174000 |
| 12 | Binance | 1JQtrMuv8YBfUyXuNfxVKSEzdCmBWArymu | ccc3b0c15b15c913fdfdcb64de354258d938884d4036a4bd8cb7ed38baab6a35 | 2023-07-21 12:38:55 | BTC | 0.05281000 |
| 13 | Shakepay | bc1q4l6thyz32gj8fjcecnxad6rqd2k68qhmrnekn7l4rvsvtjapl46sferghq | 66eeb69e6bc4d4885baf68c33e0933bef15afa340538e55546a1dc7954961cf3 | 2023-07-20 02:18:05 | BTC | 0.05200000 |
| 14 | Binance | 1Poty8QjYdSFTqGzzjKhbgocvDV7TJ5uYB | 890fcd5c4ba1551548863667f1f7548bda1b353cdc6eb54a7cd1c9ace7a247a7 | 2023-08-19 03:20:50 | BTC | 0.04446000 |
| 15 | WazirX | bc1qgtgnf0pphzhg3a9s74ugs358pj2x68ugf5ggpn | 224b9f6b565f190d8a5d8b95099e0b0ac89d218a30d7ee375501166c3b09559a | 2023-08-19 01:47:38 | BTC | 0.04000000 |
| 16 | Cash App | bc1qujyk56p5tm0preyap8rn88teajwur3hhp8s7q0 | 342d5fbe868e62b1087127f4793722a2fdf142cccdeacb55935a9948da9633d2 | 2023-07-21 22:49:15 | BTC | 0.03340000 |



| # | Owner name (Destination Address) | Destination Address | Transaction Hash | Transaction Date (UTC) | Asset Name | Total Assets Traced (per Asset Name) |
|---|---|---|---|---|---|---|
| 17 | Bitpanda | bc1qarlsynly6xmpf40umc2whjyjn2f4w9nlprgcxu | ea22b26f8370ca349198cf3fe1559126a3b727ac0fcb3d0d0ace5a903b762368 | 2023-07-21 22:44:08 | BTC | 0.03313000 |
| 18 | Remitano | 3LKGWzD2kJA1EFvEeMKfExz34Nu84JvFpc | 074b03d2166e2183dc5276915ea3bd6c029e98c541a644476244afeda0cc5741 | 2023-07-22 05:44:35 | BTC | 0.03186000 |
| 19 | WazirX | bc1qrq4mecy7sjrew952kzjudp6mfvmtc5x2fextjs | ef82219beb2c11404eea067f25f513600b85b428312f704005b2c49fc5a788a8 | 2023-08-12 17:39:30 | BTC | 0.02737000 |
| 20 | Cash App | bc1qhnnw0rz24qj0yhr4ugq9ydmkq5fq5e45mflmlt | 023672d682f6492e2defb486d42c5f8638ec86cc508edd11a119274ffe1e2cbd | 2023-07-20 21:24:53 | BTC | 0.02630000 |
| 21 | Cash App | bc1qa4w7tr5vfhd5c67jufrgwequ8s7cetfk5t82cf | 9db45d4023053ab0cdd4058f008d7a6ab35cbd3b50b90566 2c7cb40695d3715b | 2023-07-28 14:25:47 | BTC | 0.02600000 |
| 22 | Cash App | bc1qtcw3v3g9mee6slfx868322sle2k9mxpvt8rkv5 | c9e9232eca5e8d8b7205a4ff94396b99098a66a00930ac1f1368b258a48fdfa9 | 2023-07-20 04:33:08 | BTC | 0.02329000 |
| 23 | WazirX | bc1qh7evj2clmp4y5c564hvq00l22qv2psmwy3kjf0 | 2bf0cc264aab08ce8763c55440b8138dff9b4d9e2530ba2051d2b4af19e51b24 | 2023-08-08 10:27:33 | BTC | 0.02086000 |
| 24 | Cash App | bc1qa4w7tr5vfhd5c67jufrgwequ8s7cetfk5t82cf | 13660f76b7b4b001cdaa3a57d5e3c50a9522cf45039624dcfe9941c465c53179 | 2023-07-28 01:40:22 | BTC | 0.02000000 |
| 25 | Shakepay | bc1qkkwvxds5yhj36q5acwkkt6784nyggdylfwkmngleu0psy4mmsras7049z2 | 9a91b209b339e07b9f205e7e1e5f3e1e9492b930163743d4d8a627ccdc7d9e8a | 2023-07-20 01:07:03 | BTC | 0.01800000 |
| 26 | Cash App | bc1qgvgr2v3qx375uc4xc6kxp59y9r8389jy5udmx3 | 891c63d4d9599a5cb31cd44726649530 2db80df1f6f1026be37351283da83d1a | 2023-07-24 22:05:10 | BTC | 0.01713000 |
| 27 | Binance | 1L8a7jXWsn7ipAe5yR7HN8tZC1oDrRmNL | 4ffbc9be9d320fb705456ba438a7c3af8d546f6444bab84cddbe6cd0bfd6ebeb | 2023-08-19 02:35:08 | BTC | 0.01500000 |
| 28 | Cash App | bc1qa4w7tr5vfhd5c67jufrgwequ8s7cetfk5t82cf | a46764c133f4926ae8db7926e7456b9c1812638222d4e90c96f8e4fb600123f2 | 2023-07-29 00:12:50 | BTC | 0.01500000 |
| 29 | Coinbase | 3JdwwengbSiUzteSbeiHkS892p7a1gVMzV | 1bb406d7a8f36df739b255978cca9e79ac51132a00554a1c47c31b9d60d176eb | 2023-08-12 19:14:48 | BTC | 0.01500000 |

*Table 3* - Deposit transactions for Assets Traced identified on Cryptocurrency Services



## 3.2  Assets Traced Identified at Addresses with No Identified Owner

The Destination of Funds Tracking shows that approximately `1.67634` Bitcoin of the *Evaluated Transactions* were received by -26- addresses with no identified owner. `0.98051` Bitcoin ("*Assets Traced*") out of `1.67634` Bitcoin have been confirmed by all five tracing methodologies. When the destinations are confirmed by all tracing methods, there can be a high level of confidence in the results. Please refer to Section 4 for more details on our tracing methodology. For the full tracking results, refer to Appendix 1. The table below displays the information about the addresses with no identified owner that received the funds at the time this report was issued:

| # | Destination Address | Total Assets Traced (in USD) | Total Assets Traced (in BTC) | Assets Traced (confirmed by all methods, in USD) | Assets Traced (confirmed by all methods, in BTC) |
|---|---|---|---|---|---|
| 1 | bc1qcnky044usdpusdcgz kfmf9536mu4xjvsrt59s3 | 8,979.60 | 0.30000 | 8,979.60 | 0.30000 |
| 2 | bc1q598qmcw3rr1gt7272 chuesxhkvl8p9gnyuw67y | 5,690.24 | 0.20432 | - | - |
| 3 | bc1qa2qjycm499wq7emj8 gkle9t56dmcgh4cfj8jw2 | 5,597.67 | 0.21303 | 5,597.67 | 0.21303 |
| 4 | bc1qrxxq7me25xevpad6z l9rkpudcerfdax7tpm4q4 | 3,746.88 | 0.14018 | 3,746.88 | 0.14018 |
| 5 | bc1qmr4xs8eqa4nnnrys5 rh4p9ueyp02f99wzcvr4n | 3,388.88 | 0.12907 | 3,388.88 | 0.12907 |
| 6 | 37PiDkgyQ165vf1jGRay2 ZxYUBPLtukLgb | 2,269.27 | 0.07721 | - | - |
| 7 | bc1q88shwpwpjdk72vwth ev7dt0xpkuwu6rguxewrv | 2,011.04 | 0.07618 | 2,011.04 | 0.07618 |
| 8 | bc1qe0xjt0zvj39q5ucza pajvqnthsysx946qs8hzc | 1,750.61 | 0.05992 | 1,750.61 | 0.05992 |
| 9 | bc1q0r0jk53q0yu87xfar x0ldpayhns7wc4nuk7rfs | 1,632.10 | 0.06211 | 1,632.10 | 0.06211 |
| 10 | bc1qggrldndfmgpv9kvhq tqr38yxgfzlwt7dpdmj6r | 1,588.58 | 0.05446 | - | - |
| 11 | bc1qf8h5k6sash8007vpe symxkw2xsg5d0r3j4l5vm crwpz2pqu66fjstzgd3r | 1,496.97 | 0.05094 | - | - |
| 12 | bc1q83214marwscf1q8yp ctgs22qlgmneuzws8x6u6 | 1,277.96 | 0.04889 | - | - |
| 13 | bc1q2mx8y4t46uchcv5p2 dpzhm7z6fsce3l2qdq448 | 828.38 | 0.03153 | - | - |
| 14 | bc1qej9dq5dxjmnzg603m agyesse70h61c8gfwltul | 744.38 | 0.02900 | - | - |
| 15 | bc1qmxcagqze2n4hr5rwf lyfu35q90y22raxdgcp4p | 738.75 | 0.02445 | - | - |
| 16 | bc1qhcxy2t8nrzapvj496 5v557ersfttvj4l21pl2w | 659.25 | 0.02236 | - | - |
| 17 | bc1qeq50x3wmvk3wtuqj7 fwlzkasvydh6chckfgqjh | 492.76 | 0.01891 | - | - |
| 18 | bc1qqv2r4a25rppyr7dz2 jpp42up5eu9m9uf8et4d4 | 470.73 | 0.01646 | - | - |
| 19 | 36qi58ygsBbqPGkmSUryR 47YF6UhSwhYfw | 435.11 | 0.01522 | - | - |



    Confidential – for internal use only

| # | Destination Address | Total Assets Traced (in USD) | Total Assets Traced (in BTC) | Assets Traced (confirmed by all methods, in USD) | Assets Traced (confirmed by all methods, in BTC) |
|---|---|---|---|---|---|
| 20 | bc1qdfl3dfnwwvlqa5jpc kh0ccwpjczh5y566c4g76 | 433.16 | 0.01591 | - | - |
| 21 | bc1qvqjnvrrdel6uh6ydz np8nh8nkgwu9etzpsy7fc | 431.96 | 0.01566 | - | - |
| 22 | bc1qara4fgclkv9xy5laq h87s5awgvrmf85xv7qmts | 414.17 | 0.01531 | - | - |
| 23 | bc1qxvcfwmjcarg7c7pau t2c9z2hgmqc5r97zkz8kd | 409.09 | 0.01542 | - | - |
| 24 | bc1qd6zg7nqygssqqhwvj hdgt6maate4fqrwqg6eha | 386.46 | 0.01457 | - | - |
| 25 | bc1qk73gmjsrx046fzlg4 p946kj29luzgpw8cc426s | 380.03 | 0.01292 | - | - |
| 26 | 3246hqX7b5NyfiMRdNM28 yqB5qdPpqVDzP | 323.92 | 0.01230 | - | - |
| **TOTAL:** | | **46,577.95** | **1.67634** | **27,106.78** | **0.98051** |

***Table 4*** *- Assets Identified at Addresses with No Identified Owner (USD amounts at day of transaction)*



Confidential – for internal use only

# 4. Methodology

## 4.1   What is crypto asset tracking

Crypto asset tracking means identification and evidencing the destination or source of crypto assets through the application of forensic accounting methods. Defrauded cryptocurrency funds are typically passed through complex layering/mixing schemes aimed at concealing the trail of funds.



Each asset tracking exercise starts with the provision of transfers to be traced. Unlike in traditional finance, blockchain transactions may contain several transfers of funds occurring in one transaction, where only part of them should be subject to tracing. Therefore, tracking should always be executed on the lowest level of granularity which is a transfer and not a transaction, address, or cluster.



Many blockchain analytics treat all consecutive transactions as dirty or tainted funds using 'click-through graph tools' (the so-called 'Poison' method). Poison method is not considered a forensic accounting method by many witness experts as it does not follow the rules of professional accounting and neglects the chronology of transactions. It does not distinguish between illicit and clean funds.



Confidential – for internal use only

## 4.2  Layering/mixing schemes

One of the methods aiming to conceal the trail of funds is usage of blockchain transactions mixers (also referred to as 'tumblers'/'anonymizers'), which are services that attempt to confuse the trail of blockchain transactions. In most cases funds are divided into smaller portions and are subsequently mixed at random with similarly sized portions of a number or 'pool' of other users' funds. As a result, the perpetrator receives their funds back with a significantly lower 'taint' ratio (low traceability to the perpetrator's initial blockchain addresses). Some blockchain protocols like Dash or Zcash have embedded anonymizing functions and are widely referred to as 'privacy coins' in the blockchain industry. According to existing regulations (e.g., 5th AML Directive of the EU) running a mixing service may be illegal, and the targeted enforcement of these regulations has led some VASPs to delist some privacy coins.

Mixing services are of most benefit to malicious actors if the amount of illicit funds is not extraordinarily large. The higher the amount, the more difficult it is to conceal the source of funds. Therefore, large operations tend to pass funds through a deliberately designed chain of hundreds or thousands of layering transactions.

The destination of illicit funds are typically VASPs, often those with no or low KYC standards as well as reputable ones, as most of them are still missing truly effective, high-tech AML and Transaction Monitoring solutions like Coinfirm's AML Platform. The other type of usual recipients of defrauded coins are various Clearnet and Deep Web blockchain services, such as marketplaces, decentralized finance applications or gaming and gambling sites. All these endpoints may serve criminals both to cash out illicit cryptocurrencies as well as a means of further hindering the trail of funds by exchanging them through several such services.

### 4.2.1  Relay or Peel Chains

A "relay or peel chain" occurs when a certain amount of coins/tokens is sent from one address through a series of transactions in which a slightly smaller amount of coins/tokens is transferred to a new address each time. In each transaction, some quantity of coins/tokens "peel off" the chain to another address. This is repeated multiple times.



    Confidential – for internal use only

## 4.3   Coinfirm tracking algorithm

Coinfirm algorithm can trace crypto assets through the mixing transactions (e.g., CoinJoin) and provide the full evidence of the perpetrator activity. However, there are services that, without having the access to the internal servers, make it impossible to trace the specific individuals who used them. Examples of such services are ChipMixer and Tornado Cash. Both are designed in a way that the full crypto flow path of the specific individual is not visible on the blockchain and the assets withdrawal from the mixer can often appear on the address completely unrelated to the input address. Coinfirm can further trace coins mixed through such services and presented their Destination, however, the 'current' owner of such coins may no longer be the 'initial' perpetrator, but an individual who also deposited coins into the same mixing (anonymization) service. In such case, we provide evidence of the coins being "the same defrauded property" - what it means is that other users, of the same mixing service that was used by the 'initial' perpetrator, received coins originating from the fraudulent activity (mixer transferred coins from 'initial' perpetrator to the wallet of another mixer user).

Whether traced funds are received by a VASP-controlled wallet or not has an impact on our tracing analysis. Tracing of the Claimant's cryptocurrency will continue until either those funds are received by a VASP-controlled wallet, or the funds are received by a wallet that still currently holds those funds (i.e. there has been no further onward dissipation of the funds).

Most VASPs operate pooling addresses used to store customer deposits and to execute transfers. When a user of the VASP wishes to transfer cryptocurrency from their exchange account, often the exchange will use cryptocurrency held in one of its pooling addresses to settle the transaction, rather than transfer cryptocurrency held in a wallet that only includes that specific user's cryptocurrency. In these cases, the records matching user account transactions to the movements on the blockchain showing which addresses have been used to settle the transaction are kept only by the exchange. These internal records are not publicly available. The tracing of the Claimant's cryptocurrency must, therefore, stop once those funds are received by a wallet controlled by an exchange as we do not know which user account transactions relate to transfers from these wallets.



 Confidential – for internal use only

# 5. Appendices

## 5.1   Destination of Funds Bitcoin Blockchain - Excel evidence

"Appendix 1. Destination-of-Funds BTC" - Microsoft Excel spreadsheet attached.



Confidential – for internal use only

# 6. Disclaimer

Lukka, Inc. (d/b/a Coinfirm) ("Coinfirm") is not in any way connected with or under any common control with any of the recipients of this report and therefore has full ability to provide independent service.

Coinfirm is not liable for any changes in assumptions and nor any updates to this report in the case of new facts or circumstances occurring after the date of the report.

Coinfirm has conducted this evaluation based on publicly available third-party sources, data and information. Coinfirm accepts no liability or responsibility for any such third-party information and shall have no responsibility to independently verify any third-party information or any assumptions contained therein.

Any decision taken by the recipients is to be made solely based on the recipients' sole judgment and at the recipients' sole risk. The liability of Coinfirm is hereby excluded to the fullest extent permitted by the applicable law.

In no event will Coinfirm or any of its affiliates and its and their officers, directors, managers, owners, advisors, employees and agents be liable to the recipients or to any other party for:

(i) any loss, damage or other injury, in whole or in part caused by, resulting from or relating to, any error (negligent or otherwise) in the report, or any other circumstance or contingency within or outside the control of Coinfirm, in connection with the procurement, collection, compilation, analysis, interpretation, communication, publication or delivery of the report or,

(ii) any indirect, special, punitive, incidental, exemplary, expectancy or consequential damages, including lost profits, lost revenues, loss of opportunity or business interruption, whether or not such damages are foreseeable.



Confidential – for internal use only