Justin A. Meyers, Esq.
G. Martin Meyers, Esq.
LAW OFFICES OF G. MARTIN MEYERS, P.C.
35 West Main Street, Suite 106
Denville, New Jersey  07834
Telephone:  (973) 625-0838
Telefax:      (973) 625-5350
justin@gmeyerslaw.com
gmm@gmeyerslaw.com
*Attorneys for Plaintiffs*

**U.S. DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SYDNEY TYSON, M.D.,<br><br>                                    Plaintiff(s),<br><br>v.<br><br>JOHN/JANE DOE 1 aka "PAUL REED", COINBASE GLOBAL, INC., and JOHN/JANE DOES 2-10,<br><br>                                    Defendant(s). | Civil Action No. 1:23-cv-22066<br><br><br>**PROPOSED ORDER GRANTING ALTERNATIVE SERVICE PURSUANT TO FED. R. CIV. PROC. 4(f)(3)** |

THIS MATTER, having been opened to the Court upon the application of Justin A. Meyers, Esq., counsel to the LAW OFFICES OF G. MARTIN MEYERS, P.C., on behalf of the Plaintiff SYDNEY TYSON, for an Order granting Plaintiff's motion for leave to serve the summons and complaint on John (Jane) Doe defendants 1-10 using alternative service pursuant to Fed. R. Civ. Pro. 4(f)(3); and the Court having considered the submissions of Plaintiff's counsel in support thereof; it is

ON THIS _____ day of _____, 2024:

ORDERED that Plaintiff may undertake alternative service as provided for by Fed. R. Civ. P. 4(f)(3) and serve a copy of the complaint and summons by creating a non-fungible token

containing a hyperlink to a webpage hosted on counsel's website to which shall be posted a copy of the summons and complaint; and it is

FURTHER ORDERED that within ten (10) days of the date of entry of this Order, Plaintiff's shall airdrop the non-fungible token from his digital wallet hosted by Coinbase to the following destination addresses, which the evidence shows are owned or operated by the John (Jane) Doe defendants 1 through 10:

| |
|---|
| 1A3VcxK9npSwBqQChhAZBFHnw9ofex4AG6 |
| bc1q80e37u0qttv9dcnr6mquymgan9z05fch7utntz |
| 17htApt2yH4xDV1U8CLKACutWJaguyEvph |
| bc1qcnky044usdpusdcgzkfmf9536mu4xjvsrt59s3 |
| bc1qa2qjycm499wq7emj8gkle9t56dmcgh4cfj8jw2 |
| bc1q598qmcw3rrlgt7272chuesxhkvl8p9gnyuw67y |
| 3MR8AbSy5mE2PEVmLdhYkYkG33tJcPAekD |
| bc1q2mut2wq8adgra3ffd8kfw20dg8jev3wservkmq |
| bc1qrxxq7me25xevpad6zl9rkpudcerfdax7tpm4q4 |
| bc1qmr4xs8eqa4nnnrys5rh4p9ueyp02f99wzcvr4n |
| bc1qa4w7tr5vfhd5c67jufrgwequ8s7cetfk5t82cf |
| 1Pg5yMpRbNxphB7ypYNJvHD8DLkT1AfaoD |
| 37PiDkgyQ165vf1jGRay2ZxYUBPLtukLgb |
| bc1q88shwpwpjdk72vwthev7dt0xpkuwu6rguxewrv |
| 33arjfBnbgCK5oDLQnqFsrm6LqLNgNVvpd |
| 14PvBiXJ2GYLS99uaHHmzpF3P4ZSiUNS4x |
| bc1qzx5y8n6d6ww0wuapn9l5j55727qrz832mtlyqe |
| bc1q0r0jk53q0yu87xfarx0ldpayhns7wc4nuk7rfs |
| 35UvYwQ1DPjVTac1pbopbaMuEz3GqALhLT |
| bc1qe0xjt0zvj39q5uczapajvqnthsysx946qs8hzc |
| 1JQtrMuv8YBfUyXuNfxVKSEzdCmBWArymu |
| bc1q4l6thyz32gj8fjcecnxad6rqd2k68qhmrnekn7l4rvsvtjapl46sferghq |
| bc1qf8h5k6sash8007vpesymxkw2xsg5d0r3j4l5vmcrwpz2pqu66fjstzgd3r |
| 1Poty8QjYdSFTqGzzjKhbgocvDV7TJ5uYB |
| bc1qggrldndfmgpv9kvhqtqr38yxgfzlwt7dpdmj6r |
| bc1qgtgnf0pphzhg3a9s74ugs358pj2x68ugf5ggpn |
| 1PzztuD8zn6E74Q8vuxfbkXZg1i4tTQSGr |
| bc1qujyk56p5tm0preyap8rn88teajwur3hhp8s7q0 |
| bc1qarlsynly6xmpf40umc2whjyjn2f4w9nlprgcxu |
| 3LKGWzD2kJA1EFvEeMKfExz34Nu84JvFpc |
| bc1q832l4marwscflq8ypctgs22qlgmneuzws8x6u6 |
| bc1q2mx8y4t46uchcv5p2dpzhm7z6fsce3l2qdq448 |

| |
|---|
| 1NbEJh4QoXYZ7sbkey6dWRePdunDi6vT8M |
| bc1qej9dq5dxjmnzg603magyesse70h6lc8gfwltul |
| bc1qrq4mecy7sjrew952kzjudp6mfvmtc5x2fextjs |
| bc1qhnnw0rz24qj0yhr4ugq9ydmkq5fq5e45mflmlt |
| bc1qgahnt2dcp905np6gjf5kthkysq9tk75prhvq9w |
| bc1qtcw3v3g9mee6slfx868322sle2k9mxpvt8rkv5 |
| bc1qhcxy2t8nrzapvj4965v557ersfttvj4l2lpl2w |
| bc1qh7evj2clmp4y5c564hvq00l22qv2psmwy3kjf0 |
| bc1qsq48052cg2xeceuawxtanv3lkzx6sc4uu2tl66 |
| bc1qeq50x3wmvk3wtuqj7fwlzkasvydh6chckfgqjh |
| bc1qkkwvxds5yhj36q5acwkkt6784nyggdylfwkmngleu0psy4mmsras7049z2 |
| bc1q4ez080505mt7dxdv8y46hc5eulshvxhkrf48sc |
| bc1qgvgr2v3qx375uc4xc6kxp59y9r8389jy5udmx3 |
| bc1qqv2r4a25rppyr7dz2jpp42up5eu9m9uf8et4d4 |
| bc1qvqjnvrrdel6uh6ydznp8nh8nkgwu9etzpsy7fc |
| bc1qxvcfwmjcarg7c7paut2c9z2hgmqc5r97zkz8kd |
| bc1qara4fgclkv9xy5laqh87s5awgvrmf85xv7qmts |
| 1L8a7jXWsn7ipAe5yR7HN8tZC1oDrRmNL |
| 3JdwwengbSiUzteSbeiHkS892p7a1gVMzV |
| bc1qd6zg7nqygssqqhwvjhdgt6maate4fqrwqg6eha |
| 3QzvrUx2E2acc3VjM3wa4eDAmwPLpBcZen |
| bc1qg0nc3ljlwckvjv3fwqc39x3gnl6xd9ul04sqe7 |
| 3246hqX7b5NyfiMRdNM28yqB5qdPpqVDzP |
| bc1qk73gmjsrx046fzlg4p946kj29luzgpw8cc426s |
| bc1qc9h6qz3zzfg6p78qymghqqmqjdjyayrkplhm94 |
| bc1q64875pk3gehggvw6t2fl399nelvph5krlpsvy8 |
| 3FYZ52VGrnZC1G9RYA1w25y8bc7rxUSXEw |
| bc1qnaed5ly0kk00hqy03wjy988dfd8xxaesu0w5aj |
| 3E2F6V4gxYsQ8bcGtSWL8T6GFwRn37xVmm |

AND IT IS FURTHER ORDERED that such service shall satisfy the due process rights of the John (Jane) Doe defendants 1 through 10; and it is

FURTHER ORDERED that a copy of this Order shall be served on all Defendants of record within seven (7) days of the date hereof.

Dated: _____

U.S.D.J.