**U.S. DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SYDNEY TYSON, M.D.,<br><br>　　　　　　　　　　Plaintiff(s),<br><br>v.<br><br>JOHN/JANE DOE 1 aka "PAUL REED", COINBASE GLOBAL, INC., and JOHN/JANE DOES 2-10,<br><br>　　　　　　　　　　Defendant(s). | Civil Action No. 1:23-cv-22066<br><br>**CERTIFICATION OF SERVICE** |

　　　　I hereby certify that on this date the within Notice of Motion for Substituted Service, supporting Letter Brief, form of Order, Declaration of counsel and exhibits, were filed electronically.

　　　　Pursuant to the published individual Preferences of Judge Williams, a single hard copy was forwarded to Judge Williams's chambers via U.S. Mail this day, as follows:

　　　　Hon. Karen M. Williams, U.S.D.J.
　　　　UNITED STATES DISTRICT COURT
　　　　DISTRICT OF NEW JERSEY
　　　　Cohen Bldg. & U.S. Courthouse, Room 1050
　　　　4th and Cooper Streets
　　　　Camden, NJ 08101

DATED: September 26, 2024　　　　s/ Justin Meyers
　　　　　　　　　　　　　　　　　　　Justin Meyers

　　　　　　　　　　　　　　　　　　　LAW OFFICES OF G. MARTIN MEYERS, P.C.
　　　　　　　　　　　　　　　　　　　35 West Main Street, Suite 106
　　　　　　　　　　　　　　　　　　　Denville, NJ  07834
　　　　　　　　　　　　　　　　　　　Telephone:  (973) 625-0838
　　　　　　　　　　　　　　　　　　　Facsimile:  (973) 625-5350
　　　　　　　　　　　　　　　　　　　Email:  justin@gmeyerslaw.com