[ECF No. 12]

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **SYDNEY TYSON, M.D.,**<br><br>Plaintiffs,<br><br>v.<br><br>**COINBASE GLOBAL, INC., et al.,**<br><br>Defendants. | Civil No. 23-22066 (KMW)(EAP)<br><br>ORDER |

This matter having come before the Court on Plaintiff Sydney Tyson, M.D.'s ("Plaintiff") Motion for Substituted Service, ECF No. 12, seeking leave of Court to serve a digital copy of the Summons and Complaint on John/Jane Doe 1 through 10 (the "Doe Defendants") by non-fungible token ("NFT"); and the Court having considered Plaintiff's moving brief, and there being no opposition thereto; and for good cause shown,

**IT IS** this **16th** day of **December 2024**;

**ORDERED** that Plaintiff's Motion for Substituted Service, ECF No. 12, is **GRANTED**; and it is further

**ORDERED** that Plaintiff shall serve a copy of the Summons and Complaint by NFT to the external digital wallets identified by Plaintiff in his motion, Declaration of Justin A. Meyers ¶ 8, via the method proposed; and it is further

**ORDERED** that Plaintiff shall also serve a copy of the Summons and Complaint at the address associated with "Paul Reed" stated in the Complaint.  *See* ECF No. 1 ¶¶ 29-31.

s/Elizabeth A. Pascal<br>
ELIZABETH A. PASCAL<br>
United States Magistrate Judge

cc:  Hon. Karen M. Williams, U.S.D.J.